UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6936
(5:04-cr-00371-FL-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

MUHAMMED MAHDEE ABDULLAH

  Defendant - Appellant

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk